COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                          SUPERIOR COURT DEPARTMENT
                                                      CIVIL ACTION NO:

BETTY JACKSON,       )
        Plaintiff    )
                     )
v.                   )
                     )
NATIONAL RAILROAD    )
PASSENGER CORPORATION)
        Defendant    )

## PLAINTIFF'S FIRST AMENDED COMPLAINT WITH JURY CLAIM

### PARTIES

1. The Plaintiff, Betty Jackson ["Jackson"], is a resident of Saint Petersburg, Florida.

2. The Defendant, National Railroad Passenger Corporation ["Amtrak"], is a corporation which maintains a principal place of business in Washington, D.C.

### FACTS

3. The Plaintiff repeats and realleges paragraphs one through two as if expressly rewritten.

4. On or about August 13, 2013, the Plaintiff boarded an Amtrak train ["the train"] from Boston to Baltimore in Boston, Massachusetts.

5. On or about August 13, 2013, the Defendant, Amtrak, owned, operated and/or otherwise controlled the train.

6. As Jackson entered the train, she was ushered by Amtrak agents, servants, and/or employees to the first class section, as the train was about to depart the station.

7. As Jackson was sent to the first class area, the train began to move.

8. As the train began to move, Jackson lost her balance and fell on a beverage cart that was left in the aisle of the train.

1

9. As a result of the fall, Jackson suffered severe personal injuries, including a permanent shoulder injury.

10. As a direct and proximate result of the negligence of the Defendant, the Plaintiff, Betty Jackson, sustained severe and permanent personal injuries, was caused physical and mental pain and suffering, lost earning capacity and lost enjoyment of life.

## COUNT ONE
### Jackson v. Amtrak
### Negligence

11. The Plaintiff repeats and realleges paragraphs one through ten as if expressly rewritten.

12. As all times relevant, the Defendant, Amtrak, owed a duty of due care to the Plaintiff.

13. The Defendant, Amtrak, needlessly endangered Betty Jackson by, among other things:

    a. failing to direct the Plaintiff to a safe position;
    b. instructing the Plaintiff to move to a location that was unreasonably dangerous;
    c. beginning to move before passengers were safely seated;
    d. failing to properly stow beverage carts, so that no needless risk was created; and,
    e. otherwise failing to take reasonable precautions relative to the safety of those lawfully on the train.

14. As a direct and proximate result of the Defendant's negligence and carelessness, the Plaintiff, Jackson, sustained severe and permanent personal injuries, was caused physical and mental pain and suffering, lost earning capacity and lost enjoyment of life.

WHEREFORE, the Plaintiff demands judgment against the Defendant, jointly and severally with all other defendants herein, in an amount that the finder of fact deems fair and just plus costs and interest thereon.

## JURY CLAIM

The Plaintiff, Betty Jackson, claims a trial by jury of all issues presented in this action.

Respectfully Submitted,
The Plaintiff, Betty Jackson,
By Her Attorney,

_____
Thomas E. Flaws, Esq. (BBO# 661179)
Heinlein, Beeler, Mingace & Heineman, P.C.
689 Massachusetts Ave.
Cambridge, Massachusetts 02139
(617) 725-0500 (Tel)
(617) 871-6335 (Fax)
tflaws@hbmhlaw.com

3

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 15-84-CV-3167

Betty Jackson
_____, Plaintiff(s)

v.

National Railroad Passenger Corp.
_____, Defendant(s)

## SUMMONS

To the above-named Defendant: National Railroad Passenger Corporation

You are hereby summoned and required to serve upon Thomas Flaws, 689 Mass. Ave, Cambridge, MA 02139 plaintiff's attorney, whose address is above _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the __18th__ day of __December__, in the year of our Lord two thousand __Fifteen__.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV. P. 1 12M – 1/15

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 201___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 201___       _____

**N.B.   TO PROCESS SERVER:—**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 201 . |

---

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. _____

_____, Plff(s).

v.

_____, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)